875

JACK KRETZER & ASSOCIATES,
Plaintiff/Respondent,

v.

AFSHARI ENTERPRISES, INC.,
Defendant/Appellant.

No. 72774.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 23, 1998.

William G. Buchholz, II, William G. Buchholz, II, P.C., Clayton, for defendant/appellant.

Richard A. Tjepkema, Dean R. Gallego, Wilke & Wilke, P.C., Clayton, for plaintiff/respondent.

Before ROBERT G. DOWD, Jr., P.J, and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Afshari Enterprises, Inc., appellant, appeals from a judgment of the Circuit Court of the County of St. Louis, entered in favor of respondent, Jack Kretzer & Associates, a corporation. The court awarded respondent $56,067.69 with interest from January 12, 1988 in the amount of $47,096.86, for a total of $103,164.55.

We affirm the judgment pursuant to Rule 84.16(b). An opinion restating the principles of law would have no precedential value. A memorandum solely for the parties involved has been provided explaining the reasons for our holding.

Darryl TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. 73820.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 23, 1998.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM

Movant appeals denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).